251 So.2d 382

## HANOVER INSURANCE COMPANY

v.

## CARUSO–SIMONEAUX AGENCY, INC., et al.

### No. 51659.

Aug. 17, 1971.

In re: Ted V. Bagwell applying for Certiorari, or writ of review. 249 So.2d 322.

Not considered. Not timely filed.

251 So.2d 382

## STATE of Louisiana ex rel. Roderick BARNUM

v.

## C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.

### No. 51666.

Aug. 17, 1971.

In re: Roderick Barnum applying for writs of habeas corpus, mandamus and certiorari.

Writ refused. The showing made is insufficient to warrant the exercise of our supervisory or original jurisdiction.